IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00936–REB–KMT

JOHN MORGAN,
DUSTIN COOK,
PAUL STARK, and
JERROD THOELE,

    Plaintiffs,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections, in his official capacity,
JEFFREY WELLS, Community Parole Officer, in his individual and official capacities,
JIM KELLER, Colorado Department of Corrections Parole Team Leader, in his individual and official capacities,
LIESL SCHUMACHER, Colorado Department of Corrections Parole Supervisor, in his individual and official capacities,
JOHN OREY, Colorado Department of Corrections Parole Supervisor, in his individual and official capacities, and
JAMES J. FITZPATRICK, Commander, Special Operations Unit, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "CDOC Defendants' Opposed Motion to Stay Discovery and Vacate July 12, 2012 Scheduling Conference and Related Proposed Scheduling Order Filing Deadline" (Doc. No. 12, filed July 7, 2012) is GRANTED in part and TAKEN UNDER ADVISEMENT in part. The Scheduling Conference set for July 12, 2012, and all deadlines related thereto are VACATED. The Scheduling Conference will be reset by separate order. Plaintiffs may respond to the CDOC Defendants' Motion to the extent that it seeks to stay discovery no later than July 18, 2012. The

CDOC Defendants may file a reply in support of their motion to stay no later than July 25, 2012.

Dated: July 3, 2012