**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00936-REB-KMT

JOHN MORGAN,
DUSTIN COOK,
PAUL STARK, and
JERROD THOELE,

       Plaintiffs,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections, in his
official capacity,
JEFFREY WELLS, Community Parole Officer, in his individual and official capacities,
JIM KELLER, Colorado Department of Corrections Parole Team Leader, in his
individual and official capacities,
LIESL SCHUMACHER, Colorado Department of Corrections Parole Supervisor, in his
individual and official capacities,
JOHN OREY, Colorado Department of Corrections Parole Supervisor, in his individual
and official capacities, and
JAMES J. FITZPATRICK, Commander, Special Operations Unit, in his individual and
official capacities,

       Defendants.

---

**ORDER OF DISMISSAL OF JAMES FITZPATRICK, ONLY**

---

**Blackburn, J.**

       The matter is before the court on **Plaintiffs' Unopposed Motion To Dismiss**

**James Fitzpatrick and Amend Caption** [#34][1] filed August 24, 2012.  After reviewing

the motion and the record, I conclude that the motion should be granted and that

plaintiffs' claims against defendant James Fitzpatrick should be dismissed.

---

      [1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiffs' Unopposed Motion To Dismiss James Fitzpatrick and Amend Caption** [#34] filed August 24, 2012, is **GRANTED**;

2.  That plaintiffs' claims against defendant James Fitzpatrick are **DISMISSED**; and

3.  That defendant James Fitzpatrick is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 24, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge