**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00936-REB-KMT

JOHN MORGAN,
DUSTIN COOK,
PAUL STARK, and
JERROD THOELE,

      Plaintiffs,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections, in his official capacity,
JEFFREY WELLS, Community Parole Officer, in his individual and official capacities,
JIM KELLER, Colorado Department of Corrections Parole Team Leader, in his individual and official capacities,
LIESL SCHUMACHER, Colorado Department of Corrections Parole Supervisor, in his individual and official capacities, and
JOHN OREY, Colorado Department of Corrections Parole Supervisor, in his individual and official capacities,

      Defendants.

---

## MINUTE ORDER[1]

---

      The matter is before the court on **Defendants' <u>Unopposed</u> Motion For Clarification of Briefing Schedule and For Leave To File 20 Page Reply Briefs in Support of Their Motions To Dismiss** [#80][2] filed February 4, 2013. The motion is granted. The replies shall be due on or before **February 15, 2013**, and may be up to 20 pages in length.

      Dated: February 5, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#80]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.