**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards
Court Reporter: Tammy Hoffschildt

Date: May 28, 2013

**CASE NO**. 12-cv-00936-RM-KMT

| Parties | Counsel |
|---|---|
| JERROD THOELE, | Arash Jahanian |
|  | Qusair Mohamedbhai |
| Plaintiff, | Siddhartha Hardas Rathod |
| vs. | |
| ROGER WERHOLTZ, Interim Executive Director of the Colorado Department of Corrections, in his official capacity, | Kristine Kay Hayter |
|  | David R. DeMuro |
|  | Jennifer Christine Madsen |
| JEFFREY WELLS, Community Parole Officer, in his individual and official capacities, | |
| JIM KELLER, Colorado Department of Corrections Parole Team Leader, in his individual and official capacities, | |
| LIESL SCHUMACHER, Colorado Department of Corrections Parole Supervisor, in his individual and official capacities, and | |
| JOHN OREY, Colorado Department of Corrections Parole Supervisor, in his individual and official capacities, | |
| Defendants. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION: 8:56 a.m.**
Court calls case. Appearances of counsel. Ms. Hayter appears via telephone.

Status Conference called regarding Defendant Wells' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 14) Pursuant to Fed. R. Civ. P. 12(b) [Doc. No. 61, filed January 11, 2013], Defendants Tom Clements, Jim Keller, Liesl Schumacher and John Orey's Motion to Dismiss Amended Complaint (Doc No. 14) [Doc. No. 63, field January 11, 2013], Defendants' Motion to Reconsider Order Converting Their Rule 12(b)(6) Motions to Dismiss into Motions for Summary Judgment [Doc. No. 90, filed February 15, 2013], Defendants' Motion to Vacate the July 15, 2013 Trial Dates and All Pretrial Deadlines [Doc. No. 94, filed March 1, 2013], and Plaintiffs' Motion for Reconsideration of Order Ruling on Withdrawn Motions to Dismiss [#99] [Doc. No. 103, filed April 26, 2013].

9:01 a.m.   Comments from Mr. Jahanian.

9:06 a.m.   Comments from Mr. DeMuro.

9:08 a.m.   Comments from Ms. Hayter.

9:12 a.m.   Findings by the Court.

It is **ORDERED**:   Defendants Wells' Motion to Dismiss [61] and Defendants Tom Clements, Jim Keller, Liesl Schumacher and John Orey's Motion to Dismiss [63] are **TAKEN UNDER ADVISEMENT**.

It is **ORDERED**:   Defendants' Motion to Reconsider [90] is **DENIED WITHOUT PREJUDICE** as stated on the record.

It is **ORDERED**:   Defendants' Motion to Vacate the July 15, 2013 Trial Date and All Pretrial Deadlines [94] is **GRANTED**. The July 15, 2013 jury trial, the June 28, 2013 Final Pretrial Conference and Trial Preparation Conference, and any deadlines or filings associated with those settings are **VACATED**, to be reset at a later time.

It is **ORDERED**:   Plaintiffs' Motion for Reconsideration [103] is **GRANTED** as stated on the record. Ms. Hayter's response, due May 31, 2013, is no longer required as the matter is now moot.

The Court notes the stay of discovery currently in place shall remain in effect at this time.

**COURT IN RECESS: 9:20 a.m.**
**Total in court time:** 00:24
**Hearing concluded**